IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR279 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHELLE URIOSTE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by the government (Filing No. 52). The government seeks a continuance of the trial of this matter for three days. Government's counsel represents that counsel for the defendant has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The government's motion to continue trial (Filing No. 52) is granted.

2. Trial of this matter is re-scheduled for **March 13, 2006,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 9th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge